**Order filed March 19, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00860-CV
_____

**DEBRA V. JENNINGS, ESQ. AND DEBRA V. JENNINGS, P.L.L.C.,**
**Appellant**

**V.**

**AMERICAN ASSET FINANCE, L.L.C., Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1030758-401**

## O R D E R

Appellant's brief was due February 27, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 20, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM